UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 09-248(DRD) |
| v. | : | |
| IRIAN ARIAS-RUIZ | : | |
| a/k/a  Irian Arias Odelma, | | |
| a/k/a  Maria Isabel | : | |
| Rodriguez Oertiz, | | |
| a/k/a  Maria Romero | : | |
| Hernandez, | | |
| a/k/a  Irian Odalma Arias | : | CONTINUANCE ORDER |
| De Dimoteo | | |
| | : | |

This matter having come before the Court on the
application of defendant Irian Arias-Ruiz (by Peter Carter,
Esq.), and with the consent of Ralph J. Marra, Jr., Acting United
States Attorney for the District of New Jersey (by Eric W. Moran,
Assistant U.S. Attorney), for an order granting a continuance of
the proceedings in the above-captioned matter, and the defendant
being aware that she has the right to have the matter brought to
trial within 70 days of the date of his appearance before a
judicial officer of this court pursuant to Title 18 of the United
States Code, Section 3161(c)(1), and as the defendant has
requested such a continuance, and the court having entered one
prior continuance order, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

1

1.  Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2.  Defendant has requested the aforementioned continuance, and the United States has consented; and

3.  Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _3rd_ day of ~~May~~ June, 2009,

IT IS ORDERED that defense motions shall be filed by July 6, 2009 the government's reply shall be filed by July 13, 2009 the argument of the motions is scheduled for August ~~8~~ 10, 2009 at ~~2:00~~ 9:00 A.m., and the trial is scheduled for August 10, 2009; and

IT IS FURTHER ORDERED that the period from June 8, 2009 through August 10, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).


HON. DICKINSON R. DEBEVOISE
United States District Judge

2

Form and entry
consented to.

_____
ERIC W. MORAN
Assistant U.S. Attorney

_____
PETER CARTER, ESQ.
Counsel for defendant Irian Arias-Ruiz