UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA            :   Criminal No. 09-248(DRD)

          v.                        :
IRIAN ARIAS-RUIZ                    :
  a/k/a  Irian Arias Odelma,
  a/k/a  Maria Isabel               :
         Rodriguez Oertiz,
  a/k/a  Maria Romero               :
         Hernandez,
  a/k/a  Irian Odalma Arias         :   CONTINUANCE ORDER
         De Dimoteo
                                    :


        This matter having come before the Court on the application of defendant Irian Arias-Ruiz (by Peter Carter, Esq.), and with the consent of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Eric W. Moran, Assistant U.S. Attorney), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has requested such a continuance, and the court having entered two prior continuance orders, and for good and sufficient cause shown,

                                   1

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. A plea hearing was held in this matter on July 13, 2009 during which time the defense counsel indicated the defendant's intention to plea guilty, however, there remain issues related to defendant's allocution; at the hearing, defense counsel requested and was granted additional time to discuss these issues with the defendant and the plea hearing was adjourned until August 17, 2009; and defendant's guilty plea in this matter would render trial unnecessary;

2. Defendant has requested the aforementioned continuance, and the United States has consented; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this __20th__ day of July, 2009,

IT IS ORDERED that defense motions shall be filed by September 2, 2009 the government's reply shall be filed by September 9, 2009 the argument of the motions is scheduled for September 23, 2009, and the trial is scheduled for September 30, 2009; and

IT IS FURTHER ORDERED that the period from August 11, 2009 through September 30, 2009, shall be excludable in computing

time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

                                                _____
                                                HON. DICKINSON R. DEBEVOISE
                                                United States District Judge

Form and entry
consented to:

_____
ERIC W. MORAN
Assistant U.S. Attorney

_____
PETER CARTER, ESQ.
Counsel for defendant Irian Arias-Ruiz

4